In the Matter of IRVING CAHAN, Appellant, against JOSEPH A. McNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued October 20, 1948; decided November 24, 1948.

*Robert H. Schaffer* and *Leo Brown* for appellant.

*John P. McGrath, Corporation Counsel* (*Victor F. Condello, Seymour B. Quel* and *W. Bernard Richland* of counsel), for respondents.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown* and *John C. Crary, Jr.,* of counsel), appearing, pursuant to section 68 of the Executive Law, in support of the constitutionality of clause (4) of paragraph (c) of subdivision 2 of section 21 of the Civil Service Law.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.